United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00149-JAW
David Ambrose Ware Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Apr 08, 2025      Form ID: n031      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Ambrose Ware, PO Box 479, Brandon, MS 39043-0479 |
| 5464399 | + | Campbell Credit, 3202 Service Drive, Pearl, MS 39208-3527 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5467499 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 08 2025 19:48:00 | | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5464400 | + | Email/Text: BKPT@cfna.com | Apr 08 2025 19:48:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5464404 | | Email/Text: cfcbackoffice@contfinco.com | Apr 08 2025 19:48:00 | Continental Finance, Attn: Bankruptcy, 4550 New Linden Hill, Wilmington, DE 19808 |
| 5464403 | | Email/Text: cfcbackoffice@contfinco.com | Apr 08 2025 19:48:00 | Continental Finance, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5467271 | | Email/Text: BKPT@cfna.com | Apr 08 2025 19:48:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5464401 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2025 20:02:16 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5464402 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 08 2025 19:48:00 | | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5464405 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2025 19:50:36 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5464407 | ^ | MEBN | Apr 08 2025 19:44:50 | DSRM Nat Bank/Valero, Attn: Bankruptcy, One Valero Way, San Antonio, TX 78249-1616 |
| 5464412 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2025 19:48:00 | Department of Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5464406 | | Email/Text: Bankruptcy.Consumer@dish.com | Apr 08 2025 19:48:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 5464408 | | Email/Text: rrush@familychoicefinancial.com | Apr 08 2025 19:48:00 | Family Choice Financial, Inc., 3208 Service Dr, Ste E, Pearl, MS 39208 |
| 5464409 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 08 2025 19:48:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5464411 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 08 2025 19:48:00 | | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5464410 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 08 2025 19:48:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: n031 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Beaverton, OR 97076-4401 |
| 5489614 | + | Email/Text: bankruptcy@towerloan.com | Apr 08 2025 19:48:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5464413 | + | Email/Text: ebone.woods@usdoj.gov | Apr 08 2025 19:48:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5480345 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2025 19:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5467903 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2025 19:50:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5464414 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 08 2025 19:48:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5464415 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Apr 08 2025 19:48:00 | Mississippi Department of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5490293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2025 19:50:32 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5488239 | | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2025 19:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5477306 | | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2025 19:48:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5473744 | | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2025 19:48:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5489386 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2025 19:50:40 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5464417 | | Email/Text: sarahg.rajumd@gmail.com | Apr 08 2025 19:48:00 | The Rane Center, 971 Lakeland Drive, Jackson, MS 39216 |
| 5464416 | + | Email/Text: bankruptcy@sccompanies.com | Apr 08 2025 19:48:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5472613 | + | Email/Text: bankruptcy@sccompanies.com | Apr 08 2025 19:48:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5464418 | | Email/Text: bankruptcy@towerloan.com | Apr 08 2025 19:48:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5464419 | ^ | MEBN | Apr 08 2025 19:43:51 | Toyota Financial, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 5464420 | ^ | MEBN | Apr 08 2025 19:44:21 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5489387 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 08, 2025 | Form ID: n031 | Total Noticed: 34 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2025                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor David Ambrose Ware trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00149−JAW
**Chapter:** 13

**In re:**

David Ambrose Ware
PO Box 479
Brandon, MS 39042

### Notice of Entry of Order Confirming Plan

The Court entered an Order on April 8, 2025 (Dkt. # 27 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 8, 2025

Danny L. Miller, Clerk of Court