

# INVOICE

Invoice # 8088
Date: 07/14/2025
Due On: 08/13/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

David Ambrose Ware

## 05577-Ware David Ambrose

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 02/12/2025 | Drafted 1st Invoice for services rendered. | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/12/2025 | Reviewed current invoice and completed Lodestar Analysis; completed drafting 1st Application for Compensation; drafted Notice, Affidavit, and proposed Order. | 0.30 | $0.00 | $0.00 |
| Service | JC | 02/12/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A, proposed Order, and Lodestar Analysis for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/12/2025 | Drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | BM | 02/12/2025 | Review: Proof of Claim 25-00149-JAW Quantum3 Group LLC as agent for Document # 9 | 0.10 | $130.00 | $13.00 |
| Service | KAR | 02/12/2025 | Reviewed NDC - debtor's employer has started drafting wages and submitting payments to debtor's trustee | 0.10 | $100.00 | $10.00 |
| Service | JC | 02/13/2025 | Reviewed e-mail memo from TR regarding Notice with Application, Exhibit A and proposed Order; reviewed e-mail memo from SA with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate | 0.10 | $0.00 | $0.00 |

|         |     |            |                                                                                                                                                                                                       |      |          |          |
| ------- | --- | ---------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---- | -------- | -------- |
|         |     |            | documents to prepare for upload to CertificateofService.com.                                                                                                                                          |      |          |          |
| Service | JC  | 02/14/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, Cost of Mailing, and Proposed Order for filing with the Court. | 0.20 | $0.00    | $0.00    |
| Service | JAC | 02/18/2025 | Chapter 13 Meeting of Creditors                                                                                                                                                                       | 0.40 | $300.00  | $120.00  |
| Service | JAC | 02/19/2025 | Review: 25-00149-JAW Trustee's Objection to Confirmation of Plan Document# 17                                                                                                                         | 0.10 | $300.00  | $30.00   |
| Service | BM  | 02/27/2025 | Review: Proof of Claim 25-00149-JAW Quantum3 Group LLC as agent for Document # 10                                                                                                                     | 0.10 | $130.00  | $13.00   |
| Service | BM  | 02/27/2025 | Review: Proof of Claim 25-00149-JAW LVNV Funding, LLC Document # 11                                                                                                                                   | 0.10 | $130.00  | $13.00   |
| Service | JC  | 03/03/2025 | Contact Debtor (Text/Email): Prepared Amended Plan for debtor's signature; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor to inform an e-mail was sent. | 0.10 | $130.00  | $13.00   |
| Service | JC  | 03/03/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor regarding the amount taken out of his check; drafted reply informing it did not change the amount of his payments. | 0.10 | $130.00  | $13.00   |
| Service | JC  | 03/04/2025 | Reviewed Amended Plan executed by debtor; revised through Best Case adding debtor's e-signature and date executed; reviewed Campbell POC; drafted Notice of modified plan; drafted memo to JAC attaching same for her review. | 0.20 | $130.00  | $26.00   |
| Service | JAC | 03/04/2025 | review & approve drafted notice prepared by JC                                                                                                                                                        | 0.20 | $300.00  | $60.00   |
| Service | JC  | 03/05/2025 | Reviewed memo from JAC regarding Notice of modified plan; prepared Notice with Modified Plan for upload to CertificateofService.com adding names and addresses for additional notice parties.          | 0.20 | $0.00    | $0.00    |

Invoice # 8088 - 07/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 03/05/2025 | Review: Proof of Claim 25-00149-JAW Internal Revenue Servi Document # 12 | 0.20 | $300.00 | $60.00 |
| Service | JAC | 03/05/2025 | Review: Proof of Claim 25-00149-JAW Jefferson Capital Systems LLC Document # 13 | 0.10 | $300.00 | $30.00 |
| Service | JAC | 03/05/2025 | Review: Proof of Claim 25-00149-JAW Jefferson Capital Systems LLC Document # 14 | 0.10 | $300.00 | $30.00 |
| Service | JC | 03/06/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Amended Plan for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.20 | $130.00 | $26.00 |
| Service | JAC | 03/06/2025 | Review: 25-00149-JAW Order on Objection to Confirmation Document# 20 | 0.10 | $300.00 | $30.00 |
| Service | JAC | 03/12/2025 | Review: 25-00149-JAW Order on Application for Compensation Document# 22 | 0.10 | $300.00 | $30.00 |
| Service | TR | 03/18/2025 | Review docket for confirmation, no issues to resolve | 0.10 | $300.00 | $30.00 |
| Service | VM | 03/18/2025 | Attempted to call debtor, no response. Drafted email and text message. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/18/2025 | Incoming Call: Debtor called me back to inquire about Pre-petition filling fee's as well as Incurring debt to get a vehicle, informed him of process. Debtor said he will notify me once he is ready to proceed with incurring debt. | 0.10 | $100.00 | $10.00 |
| Service | BM | 03/24/2025 | Review: Proof of Claim 25-00149-JAW Quantum3 Group LLC as agent for Document # 15 | 0.10 | $130.00 | $13.00 |
| Service | BM | 03/24/2025 | Review: Proof of Claim 25-00149-JAW Resurgent Receivables, LLC Document # 16 | 0.10 | $130.00 | $13.00 |
| Service | BM | 03/24/2025 | Review: Proof of Claim 25-00149-JAW Resurgent Receivables, LLC Document # 17 | 0.10 | $130.00 | $13.00 |
| Service | BM | 03/24/2025 | Review: Proof of Claim 25-00149-JAW Resurgent Receivables, LLC Document # 18 | 0.10 | $130.00 | $13.00 |
| Service | JAC | 04/04/2025 | Review claims register and compare to the Plan to determine if additional | 0.20 | $300.00 | $60.00 |

|         |     |            | claims are needed |      |          |         |
|---------|-----|------------|-------------------|------|----------|---------|
| Service | JAC | 04/04/2025 | Review: 25-00149-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 25 | 0.10 | $300.00 | $30.00 |
| Service | JAC | 04/09/2025 | Review: 25-00149-JAW Order Confirming Chapter 13 Plan Document# 27 | 0.10 | $300.00 | $30.00 |
| Service | VM  | 04/15/2025 | Incoming Call: Debtor called to inquire about information needed from him if he obtains a new job, told him such and informed him to keep me updated as he moves along with this process | 0.10 | $100.00 | $10.00 |
| Service | CO  | 04/15/2025 | Incoming Call: Phone conference with debtor; Transferred to VM. | 0.10 | $0.00 | $0.00 |
| Service | JC  | 04/30/2025 | Contact Debtor (Text/Email): Reviewed e-mail memo from SA informing debtor is no longer employed with MidState Marketing; drafted text message to debtor to obtain his new employer's name and payroll department address; provided pay address of trustee for debtor to mail in his payments until a new wage order is in place. | 0.10 | $130.00 | $13.00 |
| Service | SA  | 04/30/2025 | Incoming Call: Call from client to advise he is no longer employed with MidState Marketing as of April 29th; advised him I would let JC know and we would follow up if any further information is needed; drafted email to JC to advise of this. | 0.10 | $100.00 | $10.00 |
| Service | JC  | 05/02/2025 | Incoming Call: Called debtor twice, the phone disconnected after one ring; debtor called back; discussed that he is trying to get on with a new employer and possibly starting on Monday; he will let us know once he starts; discussed paying until the wage order starts. | 0.10 | $130.00 | $13.00 |
| Service | CO  | 05/08/2025 | Incoming Call: Phone conference with debtor; transferred to JC. | 0.10 | $0.00 | $0.00 |
| Service | JC  | 05/08/2025 | Incoming Call: Telephone call from debtor; he informed he has a partial pay stub that has the address on it for his new employer; he is going to send a copy via text message; discussed that he makes less that he previously | 0.30 | $130.00 | $39.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | did and inquired if he will pay the same plan payment; reviewed confirmed plan - 100% unsecured; discussed process for reviewing for lowering payments; drafted e-mail to debtor explaining process for reviewing for lowering payments and attaching expense form for him/her to update and return along with 2 months pay advices for everyone in the household. | | | |
| Service | JC | 05/08/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor providing screenshot of address on new employer; drafted e-mail to A Monsour with TT Barkley's office providing same and requested she issue a new wage order. | 0.10 | $130.00 | $13.00 |
| Service | JC | 05/08/2025 | Reviewed e-mail from A Monsour inquiring how often debtor is paid; drafted reply informing he will be paid weekly. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/09/2025 | Review: 25-00149-JAW Order Upon Employer Directing Deductions from Pay Document# 31 | 0.10 | $300.00 | $30.00 |
| Service | CO | 05/09/2025 | Contact Debtor (Text/Email): Reviewed: 25-00149-JAW Order Upon Employer Directing Deductions from Pay; drafted email to debtor with the order. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/15/2025 | Call Debtor: Reviewed text from debtor with a paystub and graph showing their wage deductions. Called debtor to get context for the pay stub. He stated this is his first pay stub from his new job and is less than anticipated. Discussed option to maybe lower his plan payments and discussed the needed documentation. | 0.10 | $100.00 | $10.00 |
| Service | SA | 05/15/2025 | In-Office Conference: Client came in and advised he needed to send in a payment; provided mailing address for payments and advised him to be sure to write his case number on the money order | 0.20 | $100.00 | $20.00 |
| Service | CO | 05/27/2025 | Incoming Call: Phone conference with debtor asking if he needed to submit more paystubs; Reviewed file and found 3 weeks of paystubs; Advised debtor we needed 2 months of | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | paystubs and he needed to keep submitting them. | | | |
| Service | SA | 06/10/2025 | Incoming Call: Phone conference with client to confirm we received his paystubs that were sent last week; confirmed they were received. Advised him to keep sending them as we need the rest of June's paystubs to analyze to lower his payments. | 0.10 | $100.00 | $10.00 |
| Service | SA | 06/11/2025 | Administrative - non-billable work: Reviewed paystubs sent by client via text; replied to confirm receipt; converted, organized and moved all paystubs to client docs folder | 0.40 | $0.00 | $0.00 |
| Service | JC | 06/18/2025 | Incoming Call: Telephone call from debtor inquiring if we need additional pay stubs for analyzing for lowering payments; reviewed case notes and told him that we have all of his pay stubs; reviewed Confirmed Plan for unsecured percentage - 100%; telephone conference with CO regarding pay received and inquiring about expense form; she stated debtor filled out the expense for in the Jackson office. | 0.20 | $130.00 | $26.00 |
| Service | CO | 06/18/2025 | Review and organize documents provided by debtor: Reviewed email memo from SA stating she updated the expense sheet to the updated docs folder. Organized all updated pay sent by debtor and organized in the updated docs folder. | 0.20 | $100.00 | $20.00 |
| Service | SA | 06/25/2025 | Call Debtor: Reviewed message from KR to call ∆; called and left message advising his paystub was received and requesting he call back if he has any other questions or concerns. | 0.10 | $100.00 | $10.00 |
| Service | SA | 06/25/2025 | Incoming Call: client called and I advised we received his most recent paystub; he inquired about converting his case to chapter 7, I advised I would let CO know he inquired and she would follow up with him in regards to this; drafted email to CO to advise of our conversation | 0.20 | $100.00 | $20.00 |
| Service | TR | 06/28/2025 | Review and revise itemizations | 0.20 | $300.00 | $60.00 |
| Service | JC | 06/30/2025 | Contact Debtor (Text/Email): Reviewed Pacer for past chapter 7 | 0.40 | $130.00 | $52.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | bankruptcy and case notes regarding conversion; reviewed Schedule I for all income sources; reviewed pay and tax documents currently on file; drafted e-mail to debtor explaining conversion process and attaching conversion packet and requesting bank and pay. | | | |
| Service | KR | 07/01/2025 | Incoming Call: Telephone conference with debtor about the conversion documents he plans to drop off today | 0.10 | $130.00 | $13.00 |
| Service | CO | 07/02/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor with an i cloud link with several bank statements. Reviewed file and documents; Drafted text to debtor asking if he had a chance to complete and drop off the conversion packet. | 0.10 | $100.00 | $10.00 |
| Service | CO | 07/03/2025 | Incoming Call: Phone conference with debtor asking about the documents requested to convert or analyze his case to lower plan payments. Advised since he stated he was interested in converting, we needed him to complete the conversion packet JC emailed. Took answers from debtor over the phone to complete the packet and organized in client's file. | 0.20 | $100.00 | $20.00 |
| Service | KR | 07/09/2025 | Incoming Call: Telephone conference with debtor about the conversion documents needed; explained the documents needed to analyze for conversion; he has texted some of his paystubs and will be sending in his taxes; drafted email memo to JC | 0.10 | $130.00 | $13.00 |
| Service | SA | 07/10/2025 | In-Office Conference: Client brought 2024 Federal and state tax returns and updated bank statement; uploaded to client docs; drafted email to JC and CO to advise and also attached documents | 0.30 | $100.00 | $30.00 |
| Service | JC | 07/14/2025 | Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.30 | $130.00 | $39.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 07/14/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $130.00 | $13.00 |
| | | | | **Services Subtotal** | | **$1,253.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/13/2025 | Mailing Expense - Fee Application: Mailing Expense - Fee Application 1st - Difference in Actual vs Estimate | 1.00 | $22.71 | $22.71 |
| Expense | 03/05/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 07/14/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $71.01 | $71.01 |
| | | | **Expenses Subtotal** | | **$97.91** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.8 | $300.00 | $540.00 |
| Thomas Rollins | Attorney | 0.3 | $300.00 | $90.00 |
| Shaton Andrews | Non-Attorney | 1.0 | $100.00 | $100.00 |
| Shaton Andrews | Non-Attorney | 0.4 | $0.00 | $0.00 |
| Jacki Curry | Non-Attorney | 2.2 | $130.00 | $286.00 |
| Jacki Curry | Non-Attorney | 1.2 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Breanne McDaniel | Non-Attorney | 0.7 | $130.00 | $91.00 |
| Clara Ortega | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Clara Ortega | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Kirsten Raimey | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 0.2 | $130.00 | $26.00 |
| | | | **Subtotal** | **$1,350.91** |
| | | | **Total** | **$1,350.91** |

Invoice # 8088 - 07/14/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7556 | 03/14/2025 | $2,760.36 | $0.00 | $2,760.36 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8088 | 08/13/2025 | $1,350.91 | $0.00 | $1,350.91 |

| | | | **Outstanding Balance** | **$4,111.27** |
|---|---|---|---|---|
| | | | **Total Amount Outstanding** | **$4,111.27** |

7/14/25, 10:53 AM                                                                                          Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?   `10`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?   `27`   parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 135 |  |
| Date and Time: | Mon Jul 14 2025 10:53:42 GMT-0500 (Central Daylight Time) |  |
| Total Pages to Print: | 270 |  |
| Sheets Per Envelope | 5 |  |
| First Class Postage Rate | $ 0.73 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 51.3 |
| Postage Cost: | $ | 19.71 |
| Total Cost: | $ | 71.00999999999999 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED