

# INVOICE

Invoice # 8209
Date: 08/14/2025
Due On: 09/13/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

David Ambrose Ware

## 05577-Ware David Ambrose

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 07/14/2025 | Drafted 2nd Invoice for services rendered. | 0.10 | $130.00 | $13.00 |
| Service | JC | 07/14/2025 | Reviewed current invoice and completed Lodestar Analysis; completed Notice, Affidavit, proposed Order, 2nd Application for Compensation and Exhibit B utilizing Lodestar Analysis. | 0.30 | $130.00 | $39.00 |
| Service | JC | 07/14/2025 | Drafted memo to TR attaching Application for Compensation, Lodestar Analysis, Exhibit A, Exhibit B, and proposed Order for his review; drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $130.00 | $13.00 |
| Service | JC | 07/14/2025 | Incoming Call: Telephone call from debtor inquiring about status of conversion; drafted reply informing I am working on it and will let him know if I need anything. | 0.10 | $130.00 | $13.00 |
| Service | JC | 07/14/2025 | Reviewed conversion GIP, updated expenses, bank, pay, and tax; drafted task memo to JAC requesting she analyze for conversion to ch 7. | 0.30 | $130.00 | $39.00 |
| Service | TR | 07/15/2025 | Review and approve 2nd Fee App | 0.20 | $300.00 | $60.00 |
| Service | JC | 07/15/2025 | Reviewed memo from TR approving 2nd Application for Compensation. | 0.10 | $0.00 | $0.00 |

Invoice # 8209 - 08/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 07/15/2025 | Reviewed memo from TR regarding Notice with Application, Exhibit A, Exhibit B, and proposed Order; reviewed e-mail memo from SA with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | JAC | 07/15/2025 | Analyze for Conversion Ch 7 | 0.30 | $300.00 | $90.00 |
| Service | JC | 07/16/2025 | Contact Debtor (Text/Email): Drafted text message to debtor requesting Cash App statements for April, May, and June and a statement showing his health insurance cost. | 0.10 | $130.00 | $13.00 |
| Service | JC | 07/16/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit B, Exhibit C, Cost of Mailing, and Proposed Order for filing with the Court. | 0.20 | $130.00 | $26.00 |
| Service | JC | 07/18/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor sending Cash App statements for April, May, and June in jpeg format; converted to pdf and merged into one document; reviewed healthcare bill submitted by debtor; drafted text message to debtor informing I need a copy of a bill showing his health insurance cost - not his healthcare bill. | 0.10 | $130.00 | $13.00 |
| Service | JC | 07/21/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing the bill he sent is all he has; reviewed expense sheet; drafted reply informing that was a healthcare bill, and it does not show what he pays for insurance; informed him that he listed on his expenses that he pays $800 for health insurance and that we need a statement or a bill from his insurance company showing that; informed he might need to contact his insurance company to get something if he does not receive a bill. | 0.10 | $130.00 | $13.00 |
| Service | JC | 07/22/2025 | Call Debtor: Called debtor regarding his insurance bill; he was not understanding what I needed; | 0.20 | $130.00 | $26.00 |

Invoice # 8209 - 08/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | explained that he listed on his expenses that he pays $800 for health insurance and that we need a statement or a bill from his insurance company showing that; he said he had to let that go, that he could not afford it; he said listing it was an error on his part. | | | |
| Service | JAC | 07/24/2025 | Analyze for Conversion Ch 7 | 0.20 | $300.00 | $60.00 |
| Service | JC | 07/25/2025 | Call Debtor: Called debtor and discussed converting to ch 7; he wants to proceed; assigned task list for conversion. | 0.20 | $130.00 | $26.00 |
| Service | JC | 07/25/2025 | Drafted Motion to Covert and proposed Order; prepared for filing with the Court. | 0.20 | $130.00 | $26.00 |
| Service | JC | 07/25/2025 | Incoming Call: Telephone call from debtor inquiring if he needs to wait until after the case is converted to try to purchase another vehicle. Informed him that he does. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 07/25/2025 | Review: 25-00149-JAW Order on Motion to Convert Case to Chapter 7 Document# 36 | 0.10 | $300.00 | $30.00 |
| Service | JAC | 07/25/2025 | Review: 25-00149-JAW First Meeting (Chapter 7) Document# 37 | 0.20 | $300.00 | $60.00 |
| Service | JAC | 07/28/2025 | Review: 25-00149-JAW Release of Wages Document# 41 | 0.10 | $300.00 | $30.00 |
| Service | JAC | 07/29/2025 | Draft Conversion Schedules | 0.20 | $300.00 | $60.00 |
| Service | CO | 07/30/2025 | Contact Debtor (Text/Email): Drafted text to debtor providing the date and time for their meeting of creditors and stating it will be held at our office unless other arrangements need to be made. | 0.10 | $100.00 | $10.00 |
| Service | JC | 07/30/2025 | Drafted email to JAC inquiring if I, J is amended as stated in the task or supplemental as stated on the schedules. | 0.10 | $130.00 | $13.00 |
| Service | JC | 07/30/2025 | Contact Debtor (Text/Email): Prepared Conversion Schedules for debtor's signature; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor to inform an e-mail was sent. | 0.10 | $130.00 | $13.00 |

Invoice # 8209 - 08/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 07/30/2025 | Added in office meeting of creditors to the firm calendar. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/30/2025 | review & respond to email from jc | 0.10 | $300.00 | $30.00 |
| Service | JAC | 07/30/2025 | UST Info due 8/6 | 0.20 | $300.00 | $60.00 |
| Service | JC | 07/30/2025 | Contact Debtor (Text/Email): Drafted text message to debtor to get information on job for the UST. | 0.10 | $130.00 | $13.00 |
| Service | JC | 07/31/2025 | Reviewed memo from JAC informing I/J should be amended and not supplemental since it is ch 7; reviewed schedules in BC and tried to change to amended; I added amended but could not figure out how to remove supplemental; drafted memo to JAC to advise. | 0.10 | $130.00 | $13.00 |
| Service | JC | 07/31/2025 | Call Debtor: Reviewed text messages from debtor providing reason he left his last job and a date; called debtor to clarify what the date was for; he said May 14, 2025 was when he started his new job and that he left his other job the week before that, he thinks May 7, 2025. | 0.20 | $130.00 | $26.00 |
| Service | JAC | 08/01/2025 | UST Info due 8/6 | 0.20 | $300.00 | $60.00 |
| Service | JC | 08/01/2025 | Reviewed conversion documents signed by debtor; revised in BC to add date and e-signature to Amended I,J, 122A-1, Statement of Intention, and Atty Fee Disclosure; prepared all for filing with the Court. | 0.40 | $130.00 | $52.00 |
| Service | CO | 08/05/2025 | Call Debtor: Called debtor to request July paystubs and discussed him loosing his job; Reviewed text communication for date he lost his job and found a July paystub for his new job. Drafted text to debtor requesting he confirm if he is still employed with East Jersey Dairy. | 0.10 | $100.00 | $10.00 |
| Service | CO | 08/05/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating he is still employed with East Jersey Dairy. Drafted text response requesting he provide all July paystubs by Thursday. | 0.10 | $100.00 | $10.00 |
| Service | CO | 08/05/2025 | Review and organize documents provided by debtor: Reviewed texts from debtor with 4 July paystubs; | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | converted to PDFs and organized in client's file. | | | |
| Service | JC | 08/06/2025 | Reviewed memo from TR regarding 2nd Fee App; reviewed same to obtain docket number; drafted Order Withdrawing 2nd Fee App; prepared for upload to the Court. | 0.30 | $130.00 | $39.00 |
| Service | JAC | 08/07/2025 | Review: 25-00149-JAW Chapter 13 Trustee Final Report and Account Document# 47 | 0.10 | $300.00 | $30.00 |
| Service | JAC | 08/07/2025 | Review pay submitted for UST, provide to UST | 0.20 | $300.00 | $60.00 |
| Service | JAC | 08/11/2025 | Review: 25-00149-JAW Order on Application for Compensation Document# 48 | 0.10 | $300.00 | $30.00 |
| Service | CO | 08/11/2025 | Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Reviewed and organized Trustee documents into the Trustee website. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 08/13/2025 | File CPA -Shaffer | 0.10 | $300.00 | $30.00 |
| Service | JC | 08/14/2025 | Reviewed docket - Order Withdrawing 2nd Fee App entered; Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.50 | $130.00 | $65.00 |
| Service | JC | 08/14/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $130.00 | $13.00 |
| | | | | **Services Subtotal** | | **$1,300.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/15/2025 | Mailing Expense - 2nd Fee Application Estimate v Actual Difference | 1.00 | $35.07 | $35.07 |
| Expense | 08/14/2025 | Mailing Expense - Fee Application: Mailing Expense - Final Fee Application estimate | 1.00 | $3.50 | $3.50 |

Invoice # 8209 - 08/14/2025

|  |  |  | **Expenses Subtotal** | **$38.57** |
|---|---|---|---|---|

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.1 | $300.00 | $630.00 |
| Thomas Rollins | Attorney | 0.2 | $300.00 | $60.00 |
| Jacki Curry | Non-Attorney | 4.0 | $130.00 | $520.00 |
| Jacki Curry | Non-Attorney | 0.3 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 0.9 | $100.00 | $90.00 |
|  |  |  | **Subtotal** | **$1,338.57** |
|  |  |  | **Total** | **$1,338.57** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8147 | 08/28/2025 | $1,500.00 | $0.00 | $1,500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8209 | 09/13/2025 | $1,338.57 | $0.00 | $1,338.57 |
|  |  |  | **Outstanding Balance** | **$2,838.57** |
|  |  |  | **Total Amount Outstanding** | **$2,838.57** |

8/14/25, 11:06 AM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   [ 10 ]   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   [ 1 ]   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   [ 2 ]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   [ 1 ]

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |
|---|---|
|  | 5 |
| Date and Time: | Thu Aug 14 2025 11:06:51 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 10 |
| Sheets Per Envelope | 5 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                              1.9 |
| Postage Cost: | $                                                              0.78 |
| Total Cost: | $                                      3.50 (Minimum Charge) |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED