**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   David Ambrose Ware                                        Case No. 25-00149-JAW
, Debtor                                                                         CHAPTER 13

**FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,697.00 | $63.36 | $2,760.36 | 22 | 03/11/2025 |
| $1,300.00 | $38.57 | $1,338.57 | n/a | n/a |
| $3,997.00 | $101.93 | $4098.93 | | |



# INVOICE

Invoice # 7556
Date: 02/12/2025
Due On: 03/14/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

David Ambrose Ware

### 05577-Ware David Ambrose

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | SA | 10/23/2024 | Incoming Call: Client called to follow up on his case. He stated the creditors are calling and threatening to take him to court. I explained to him that if anything is filed with the court, as soon as his bankruptcy is filed, the court date will be cancelled. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/23/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents were needed to file - organized additional GIP information; drafted email to debtor requesting additional GIP information, bank, and pay | 0.60 | $100.00 | $60.00 |
| Service | VM | 10/23/2024 | Incoming Call: Debtor called regarding email he received from KAR, informed him that we need the documents to be up to date as possible until attorneys review it, scheduled him to come in office tomorrow to gather documents. Updated KAR task | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/29/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting additional | 0.20 | $100.00 | $20.00 |

Invoice # 7556 - 02/12/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | bank and pay | | | |
| Service | KAR | 10/31/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing him that I emailed him recently and requested that he review the email and get back in touch with me | 0.10 | $0.00 | $0.00 |
| Service | KAR | 10/31/2024 | Incoming Call: Telephone conference with debtor stating he did not receive my previous email and asked what I needed; informed debtor that I needed his pay stubs, his bank, and to know his gross income so far for the year; debtor stated he text pay stubs; told him I would review them and contact him If I needed anything else | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/31/2024 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via text | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/31/2024 | Contact Debtor (Text/Email): Drafted text to debtor to inform him that he still did not send his 9/27 pay stub | 0.10 | $100.00 | $10.00 |
| Service | VM | 11/04/2024 | Incoming Call: Debtor called because he was sure paystub KAR requested, was already sent. I informed debtor it was not and assisted him with sending said paystub and bank statements. | 0.40 | $100.00 | $40.00 |
| Service | CO | 11/05/2024 | Incoming Call: Debtor called to ask if he needed to send any other documents in other than the October bank statements. Reviewed account and informed him that at this time it was just this. Debtor stated he would text them to us. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/05/2024 | Contact Debtor (Text/Email): Reviewed text from debtor providing images of additional bank; drafted text to debtor informing him that he would need to take clearer images of the statements to enable us to see the entire page and to send all of the pages | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/05/2024 | Contact Debtor (Text/Email): Reviewed text from debtor providing additional images of his bank statement; drafted text to debtor informing him that he would need to | 0.20 | $100.00 | $20.00 |

Invoice # 7556 - 02/12/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | send the October savings statement as well | | | |
| Service | KAR | 11/05/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating that he does not have an October savings statement; drafted text to debtor informing him that I would need to have his October savings statement or something showing the account activity for the savings account for the month of October | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/06/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.30 | $130.00 | $39.00 |
| Service | KAR | 11/08/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted text to debtor requesting additional creditor information and bank | 0.30 | $100.00 | $30.00 |
| Service | BM | 11/12/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 0.80 | $130.00 | $104.00 |
| Service | JAC | 11/13/2024 | Review prior case to determine why the ch 7 was dismissed. Review & revise drafted petition, schedules prepared by bm. Calculate income for I | 0.60 | $300.00 | $180.00 |
| Service | CO | 11/13/2024 | Incoming Call: Phone conference with debtor about a court summons he received in the mail from a creditor, requested he forward the notice to us immediately. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/14/2024 | Review and organize documents provided by debtor: Reviewed and organized additional GIP information provided by debtor via text | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/14/2024 | Contact Debtor (Text/Email): Drafted email to debtor providing the list of creditors for his review; also text | 0.10 | $100.00 | $10.00 |

Invoice # 7556 - 02/12/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor to review email | | | |
| Service | KAR | 11/14/2024 | Contact Debtor (Text/Email): Reviewed text from debtor listing creditors that were not listed in his matrix; drafted email to debtor informing him that he would need to provide the name of the creditor, the address, and the amount he owes | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/14/2024 | Review and organize documents provided by debtor: Reviewed and organized Summons provided by debtor via text | 0.10 | $0.00 | $0.00 |
| Service | BM | 11/14/2024 | Revised petition and schedules per the attorney instruction | 0.30 | $130.00 | $39.00 |
| Service | BM | 11/14/2024 | Contact Debtor (Text/Email): Drafted email to debtor to request the following per the attorney: intentions of purchasing another vehicle, any additional expenses he may have forgotten to provide, status on employment. | 0.10 | $130.00 | $13.00 |
| Service | KAR | 11/14/2024 | Reviewed text from debtor requesting a document drop off appointment for the Jackson office for 4pm tomorrow, 11-15, to drop off all required information for the creditors he needed added to his list of creditors; scheduled the appointment | 0.10 | $0.00 | $0.00 |
| Service | BM | 11/15/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating he does not intend to purchase another vehicle anytime soon. I texted debtor back to inquire again on any additional expenses and his employment status with his current employer. | 0.10 | $130.00 | $13.00 |
| Service | KAR | 11/15/2024 | Call Debtor: Telephone conference with debtor to collect information on the creditors he needed to add to his list of creditors - debtor also stated that he needed to go to the Jackson office to make a payment; informed debtor that he can make payments over the phone instead of going to the Jackson office | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/15/2024 | Reviewed debtor's matrix and credit report to confirm debts were missing; completed an internet search for address for some of the creditors the | 0.40 | $100.00 | $40.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor wanted to add to his matrix; drafted email with matrix changes to BM | | | |
| Service | KAR | 11/15/2024 | Incoming Call: Telephone conference with debtor to collect additional creditor information | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/15/2024 | Drafted email to BM providing additional matrix changes provided by debtor | 0.10 | $0.00 | $0.00 |
| Service | BM | 11/15/2024 | Added 3 creditors to Schedule F after receiving information from debtor. | 0.20 | $130.00 | $26.00 |
| Service | JAC | 11/19/2024 | Input Case - update MT, run chapter 13 plan payment. Prepare J. Need additional information on health insurance | 0.40 | $300.00 | $120.00 |
| Service | KAR | 11/19/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting information regarding his health insurance | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/19/2024 | Call Debtor: Telephone conference with debtor to discuss the status and amount of his health insurance | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/20/2024 | Draft email to debtor with bankruptcy options | 0.20 | $300.00 | $60.00 |
| Service | JC | 11/21/2024 | Call Debtor: Called debtor; he has not seen the e-mail with his options but will look for it. | 0.10 | $130.00 | $13.00 |
| Service | JC | 11/21/2024 | Incoming Call: Telephone call from debtor; he cannot find the e-mail with his bankruptcy options; verified his e-mail address and sent again; he still did not receive it; drafted text message sending options; did not go through; called debtor again; discussed his options; he said he would get back with me tomorrow. | 0.30 | $130.00 | $39.00 |
| Service | JC | 11/22/2024 | Call Debtor: Reviewed memo from BM informing debtor is requesting a call; called debtor; he said he cannot pay what is being proposed, discussed same; informed him I can send him a list of the creditors; he requested he pick it up; reviewed calendar and scheduled pick up in Jackson today at 1:30 pm; reviewed creditor matrix and options e-mail; drafted chat memo to VM and SA attaching both for debtor to pick up. | 0.30 | $130.00 | $39.00 |

Invoice # 7556 - 02/12/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | SA | 11/22/2024 | In-Office Conference: Client came in for matrix and email from jc that was printed he said he did not receive. He had some questions about the payments in Ch 13. drafted email to jc for clarification. | 0.70 | $100.00 | $70.00 |
| Service | KAR | 11/22/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting bank and pay for November | 0.20 | $100.00 | $20.00 |
| Service | JC | 11/22/2024 | Call Debtor: Reviewed memo from SA informing debtor requested a call; called debtor; he said he is going to let us know after the holidays. | 0.10 | $0.00 | $0.00 |
| Service | KAR | 11/27/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting November bank and pay | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/03/2024 | Call Debtor: Called debtor regarding moving forward with filing; he said he wants to file but needs to call me back. | 0.20 | $130.00 | $26.00 |
| Service | JC | 12/04/2024 | Chat memo correspondence with VM regarding debtor filing; he doesn't understand why he doesn't qualify for ch 7 and is still trying to decide if he wants to file. | 0.10 | $130.00 | $13.00 |
| Service | VM | 12/04/2024 | Incoming Call: Debtor called in regards to his bankruptcy payment plans, attempted to assist, he insisted on speaking with KAR regarding plan but I kept informing him KAR only collects documents, JC will be the proper representative to speak to given that she is his paralegal. Mr. Ware was not attempting to speak with JC given that she has already told him, he cannot file a chapter 7. He insisted KAR would assist him with filing a chapter 7. After explaining it to him once more that he cannot file a chapter 7 due to high income, he said he would call back to discuss whether he wishes to file or not. He also scheduled an appointment to come to our Jackson location tomorrow but I don't exactly know if he still plans on this. | 0.40 | $100.00 | $40.00 |

Invoice # 7556 - 02/12/2025

| Service | JC  | 12/06/2024 | Call Debtor: Called debtor regarding filing; he said that he owes too many things to pay the amount required; he said the taxes are not even on there; reviewed matrix and taxes not included; reviewed GIP, not listed; he said he told the lady but she said it would not be included since he was filing chapter 7; requested he send the amount owed and the years owed for state and federal; drafted text message to him regarding same. | 0.30 | $130.00 | $39.00 |
|---------|-----|------------|---|------|---------|---------|
| Service | SA  | 12/10/2024 | Incoming Call: Client called to advise that he pays $332 a month in home insurance that was not listed in his plan. He stated he was sending in requested tax paperwork via text. Drafted email to jc to advise about the home insurance. | 0.10 | $100.00 | $10.00 |
| Service | JC  | 12/11/2024 | Call Debtor: Reviewed 2017-2020 and 2023 tax statement submitted by debtor; reviewed memo from SA informing debtor pays home insurance; reviewed 2022 tax return; called debtor, left voicemail; drafted text message inquiring if he owes for 2021 or 2022 and informing if we are going to file before the end of the year, we need to get this worked out before Friday. | 0.20 | $130.00 | $26.00 |
| Service | JC  | 12/13/2024 | Reviewed text message from debtor clarifying what he does and does not owe in taxes; compiled a recap and drafted e-mail to JAC incorporating same, informing debtor pays home insurance, and requesting she rerun the numbers for his chapter 13. | 0.20 | $130.00 | $26.00 |
| Service | KAR | 12/13/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents were needed to file; drafted text to debtor requesting all November bank and pay | 0.20 | $100.00 | $20.00 |
| Service | KAR | 12/13/2024 | Review and organize documents provided by debtor: Reviewed, cropped, converted from jpeg to pdf, merged, and organized additional bank and pay provided by debtor via text | 0.60 | $100.00 | $60.00 |
| Service | KAR | 12/13/2024 | Review file to determine documents | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents were still needed to file; drafted text to debtor requesting additional bank and pay | | | |
| Service | JAC | 12/13/2024 | Add missing taxes to E. Calculate plan pmt. Calcualte current income based on updated pay for MT | 0.20 | $300.00 | $60.00 |
| Service | BB | 12/13/2024 | Incoming Call: Phone conference with debtor asking for VM. Drafted email memo to kar. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/16/2024 | Reviewed e-mail memo from JAC informing we need proof of debtor's home insurance; called debtor, left voicemail, drafted text message to debtor requesting statement showing price of home insurance. | 0.10 | $130.00 | $13.00 |
| Service | BB | 12/16/2024 | Incoming Call: Phone call from debtor insisting on speaking with jc. Informed the debtor that jc is out for the day. He would not speak with me. Drafted email memo to jc. | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/17/2024 | Call Debtor: Reviewed memo from BB informing debtor called; called debtor; he said he is paying car insurance on his girlfriend's car because he is driving it and he is paying house insurance; I asked if he was talking about renter's insurance and he said he was; informed him that I wasn't sure if the car insurance could be included since the car was not in his name but he could send it to me; he said he is working on getting his insurance information. | 0.20 | $130.00 | $26.00 |
| Service | KAR | 12/17/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting bank and pay | 0.10 | $0.00 | $0.00 |
| Service | KAR | 12/17/2024 | Contact Debtor (Text/Email): Reviewed text from debtor providing bank and pay - debtor's screenshots were cut off and not the right dates; drafted text to debtor informing him that he sent the wrong dates and that he needed to send the entire page | 0.20 | $100.00 | $20.00 |
| Service | JC | 12/23/2024 | Contact Debtor (Text/Email): Drafted follow-up text message to debtor regarding providing house insurance | 0.10 | $130.00 | $13.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | proof. | | | |
| Service | JC | 12/23/2024 | Contact Debtor (Text/Email): Reviewed text message from debtor informing not to worry about the house insurance, to go ahead and file it; reviewed options e-mail; drafted reply inquiring if he wants to file with the estimated plan payment that would be: $1053.03. | 0.10 | $130.00 | $13.00 |
| Service | JC | 12/30/2024 | Contact Debtor (Text/Email): Drafted follow-up text message to debtor inquiring if he wants to file with the original estimated plan payment. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/30/2024 | Contact Debtor (Text/Email): Reviewed text message from debtor informing he wants to move forward with filing with the original estimated plan payment; drafted reply regarding same. | 0.10 | $130.00 | $13.00 |
| Service | KAR | 12/30/2024 | Contact Debtor (Text/Email): Drafted text to debtor again requesting updated bank and pay | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/02/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating that JC told him he did not have to submit the documents that I requested from him; drafted text to debtor informing him that JC did not state that and that he would need to submit his update bank and pay as soon as possible. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 01/02/2025 | Call Debtor: Telephone conference with debtor explaining what documents I needed from him for his case to be filed; debtor insisted he already sent the documents I requested and I again clarified exactly what documents I needed from him and informed him that I would text him a list of the documents I need as well | 0.20 | $100.00 | $20.00 |
| Service | KAR | 01/02/2025 | Contact Debtor (Text/Email): Drafted text to debtor carefully listing all required documents needed for his case to be filed | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/07/2025 | Incoming Call: Telephone conference with debtor requesting an update; informed debtor that I was out of the office yesterday and that I would be reviewing his documents today to confirm we had everything and that | 0.10 | $100.00 | $10.00 |

Invoice # 7556 - 02/12/2025

|  |  |  | we would get back to him |  |  |  |
|---|---|---|---|---|---|---|
| Service | KAR | 01/07/2025 | Review and organize documents provided by debtor: Reviewed and organized all remaining bank and pay provided by debtor via text | 0.40 | $100.00 | $40.00 |
| Service | BM | 01/09/2025 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $0.00 | $0.00 |
| Service | VM | 01/10/2025 | Incoming Call: Assisted debtor find Chapter 13 fee agreement documents in email | 0.30 | $100.00 | $30.00 |
| Service | KAR | 01/10/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine documents needed to file; drafted text to debtor requesting additional pay | 0.10 | $0.00 | $0.00 |
| Service | VM | 01/13/2025 | Incoming Call: Debtor called saying he needed a document saying he filled since October which he did not, informed him he has not filed, he's just in the process of filling bankruptcy. Debtor got upset because he has court this week I'm assuming, he didn't exactly say due to being angry and saying he didn't want to get locked up, then hanged up | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/14/2025 | Reviewed voicemail from debtor requesting a call back. Forwarded voicemail to KAR. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/14/2025 | Incoming Call: Debtor called to speak with KAR, she was unavailable at the moment so i took a message. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 01/14/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing him that we can't tell him creditors that he has filed for bankruptcy until his case is filed; informed debtor that his signing with the attorney is on Friday January 17, 2025 and that his case would be filed and he would receive a case number; informed debtor that once he had a case number he would be able to provide his creditors with the case number or he can wait and let his creditors receive the notice from the courts stating that the debtor has filed | 0.20 | $100.00 | $20.00 |

Invoice # 7556 - 02/12/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | for BK |  |  |  |
| Service | KAR | 01/14/2025 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via text | 0.20 | $100.00 | $20.00 |
| Service | CO | 01/15/2025 | Incoming Call: Phone conference with a creditor following up on the filing status of the debtor. Informed there was no case number yet. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/15/2025 | Incoming Call: Telephone conference with debtor regarding his court case scheduled for tomorrow for a creditor and whether he should go or not - debtor stated the creditor told him they would be doing a garnishment; informed debtor that going to court tomorrow is his decision to make and that garnishments usually take about 30 days to take affect - told debtor that once his case was filed and he had a case number he could provide that information to FC if they happen to contact him again | 0.20 | $100.00 | $20.00 |
| Service | JAC | 01/16/2025 | Prepare Schedules and Statements for Debtor review | 0.20 | $300.00 | $60.00 |
| Service | JAC | 01/17/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $300.00 | $120.00 |
| Service | TR | 01/17/2025 | Conference w/ client to review and sign bankruptcy papers - discuss his duties while in bankruptcy | 0.50 | $300.00 | $150.00 |
| Service | BB | 01/21/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing them of their case number and advising them to continue sending in pay stubs and bank statements until told otherwise. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/21/2025 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.20 | $300.00 | $60.00 |
| Service | JAC | 01/21/2025 | Review: 25-00149-JAW Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: 25-00149-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $300.00 | $60.00 |
| Service | KAR | 01/21/2025 | Contact Debtor (Text/Email): Reviewed Plan; drafted bankruptcy | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same; drafted text to debtor requesting that he review email | | | |
| Service | KAR | 01/21/2025 | Reviewed debtor's plan - debtor has a wage order; assigned wage order task list | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/22/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing him that his mandatory MOC hearing is scheduled for 2/18/25 at 11:30am and that I would schedule him to attend at the Jackson office | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/22/2025 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | KAR | 01/23/2025 | Contact Debtor (Text/Email): Reviewed text from debtor inquiring on when he should start making payments; drafted text to debtor explaining that his first payment is due 30 days after filing which is 02-16-2025 but since that date falls on a Sunday his payment would be due on the Friday before | 0.20 | $100.00 | $20.00 |
| Service | BM | 01/28/2025 | Review: Proof of Claim 25-00149-JAW CREDIT FIRST NA Document # 1 | 0.10 | $130.00 | $13.00 |
| Service | BM | 01/29/2025 | Review: Proof of Claim 25-00149-JAW Family Choice Financial, Inc. Document # 2 | 0.10 | $0.00 | $0.00 |
| Service | BM | 01/29/2025 | Review: Proof of Claim 25-00149-JAW AmeriCredit Financial Services, Inc. dba GM Financ Document # 3 | 0.10 | $130.00 | $13.00 |
| Service | BM | 01/29/2025 | Review: Proof of Claim 25-00149-JAW AmeriCredit Financial Services, Inc. dba GM Financ Document # 4 | 0.10 | $0.00 | $0.00 |
| Service | BM | 01/30/2025 | Review: Proof of Claim 25-00149-JAW LVNV Funding, LLC Document # 5 | 0.10 | $130.00 | $13.00 |
| Service | BM | 01/30/2025 | Review: Proof of Claim 25-00149-JAW LVNV Funding, LLC Document # 6 | 0.10 | $0.00 | $0.00 |

Invoice # 7556 - 02/12/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 02/03/2025 | Reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; reduced to include only the specific dated required by trustee; submitted documents to trustee via the internet | 0.40 | $100.00 | $40.00 |
| Service | KR | 02/04/2025 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $130.00 | $13.00 |
| Service | BM | 02/04/2025 | Review: Proof of Claim 25-00149-JAW Campbell Credit Document # 7. Sent to attorney for further review. | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/05/2025 | Review and sign confirmation order via email | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/05/2025 | Review: Proof of Claim 25-00149-JAW Campbell Credit Document # 7 | 0.20 | $300.00 | $60.00 |
| Service | TR | 02/07/2025 | Itemizations reviewed - tc | 0.30 | $300.00 | $90.00 |
| Service | BM | 02/11/2025 | Review: Proof of Claim 25-00149-JAW Seventh Avenue Document # 8 | 0.10 | $130.00 | $13.00 |
| Service | JC | 02/12/2025 | Created draft invoice and got cos of mailing estimate | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/12/2025 | Drafted first part of 1st Application for Compensation. | 0.20 | $130.00 | $26.00 |
| **Non-billable services** | | | | | | |
| Service | CO | 10/23/2024 | Incoming Call: Phone conference with debtor to confirm receipt of the documents he sent. Confirmed and drafted memo to KAR. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | CO | 10/31/2024 | Incoming Call: phone conference with debtor regarding a text sent from the firm. Transferred to KAR. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | KAR | 11/14/2024 | Reviewed related contacts - emergency contacts are listed | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BM | 11/15/2024 | Reviewed memos from Kirsten stating debtor does not intend to purchase a | ~~0.10~~ | ~~$130.00~~ | ~~$13.00~~ |

Invoice # 7556 - 02/12/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | new vehicle, does not have any additional expenses, and will being working with his current employer until Jan 2025. Sent memo to the attorney. | | | |
| Service | BM | 11/15/2024 | Added debts to Schedule D/F per debtor | 0.10 | $130.00 | $13.00 |
| Service | SA | 11/15/2024 | Incoming Call: Client called to make payment; took his payment and then transferred to kar for him to provide information to her | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/19/2024 | Reviewed text from debtor requesting a call | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/22/2024 | Call Debtor: Telephone call with debtor to inform him that I emailed him for November bank and pay | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/02/2025 | Review clio memo re: ready to move forward with filing case | 0.10 | $300.00 | $30.00 |
| Service | KAR | 01/02/2025 | Reviewed text message from debtor requesting that I call him | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/08/2025 | Reviewed debtor's file to determine if we have all December paystubs and bank statements to prepare for a January filing. Drafted email to attorney to inform them we have all December documents. | 0.10 | $130.00 | $13.00 |
| Service | BB | 01/10/2025 | Call Debtor: Phone conference with debtor scheduling his signing meeting with the attorney. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/13/2025 | Review clio memo re: signing appointment scheduled | 0.10 | $300.00 | $30.00 |
| Service | KAR | 01/14/2025 | Reviewed message from VM stating that the debtor requested that I contact one of his creditors and tell them that he is filing for bankruptcy | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/17/2025 | Administrative - non-billable work: Scanned and sent checklist to attorney | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/17/2025 | Update Contact to match docket text | 0.10 | $300.00 | $30.00 |
| Service | JC | 01/22/2025 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $130.00 | $13.00 |

Invoice # 7556 - 02/12/2025

|  | Services Subtotal | $2,697.00 |
|---|---|---|

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/22/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $26.40 | $26.40 |
| Expense | 02/12/2025 | Mailing Expense - Fee Application: Mailing Expense - Fee Application 1st - Estimate | 1.00 | $36.96 | $36.96 |
|  |  |  | **Expenses Subtotal** |  | **$63.36** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.6 | $300.00 | $780.00 |
| Jennifer Curry Calvillo | Attorney | 0.1 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.8 | $300.00 | $240.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Shaton Andrews | Non-Attorney | 1.0 | $100.00 | $100.00 |
| Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Jacki Curry | Non-Attorney | 2.6 | $130.00 | $338.00 |
| Jacki Curry | Non-Attorney | 0.3 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 1.6 | $100.00 | $160.00 |
| Breanne McDaniel | Non-Attorney | 2.2 | $130.00 | $286.00 |
| Breanne McDaniel | Non-Attorney | 0.5 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Kirsten Raimey | Non-Attorney | 7.2 | $100.00 | $720.00 |
| Kirsten Raimey | Non-Attorney | 1.0 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 0.1 | $130.00 | $13.00 |
|  |  |  | **Subtotal** | **$2,760.36** |
|  |  |  | **Total** | **$2,760.36** |

Invoice # 7556 - 02/12/2025

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7556 | 03/14/2025 | $2,760.36 | $0.00 | $2,760.36 |
| | | | **Outstanding Balance** | **$2,760.36** |
| | | | Total Amount Outstanding | $2,760.36 |

2/12/25, 12:50 PM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?  `5`  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?  `22`  parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.  `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

55

| | |
|---|---|
| Date and Time: | Wed Feb 12 2025 12:50:11 GMT-0600 (Central Standard Time) |
| Total Pages to Print: | 110 |
| Sheets Per Envelope | 2.5 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                          20.9 |
| Postage Cost: | $                                          16.06 |
| Total Cost: | $                              36.959999999999994 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED