United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                                                                                 Case No. 25-00149-JAW
David Ambrose Ware                                                                                                            Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                         User: mssbad                                          Page 1 of 3
Date Rcvd: Aug 26, 2025                             Form ID: ntcabuse                                  Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Ambrose Ware, PO Box 479, Brandon, MS 39043-0479 |
| 5464399 | + | Campbell Credit, 3202 Service Drive, Pearl, MS 39208-3527 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 26 2025 19:26:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5467499 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 26 2025 19:26:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5464400 | + | Email/Text: BKPT@cfna.com | Aug 26 2025 19:26:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5464404 | | Email/Text: cfcbackoffice@contfinco.com | Aug 26 2025 19:26:00 | Continental Finance, Attn: Bankruptcy, 4550 New Linden Hill, Wilmington, DE 19808 |
| 5464403 | | Email/Text: cfcbackoffice@contfinco.com | Aug 26 2025 19:26:00 | Continental Finance, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5467271 | | Email/Text: BKPT@cfna.com | Aug 26 2025 19:26:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5464401 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 19:36:55 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5464402 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 26 2025 19:26:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5464405 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 26 2025 19:35:53 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5464407 | ^ | MEBN | Aug 26 2025 19:23:30 | DSRM Nat Bank/Valero, Attn: Bankruptcy, One Valero Way, San Antonio, TX 78249-1616 |
| 5464412 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 26 2025 19:26:00 | Department of Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5464406 | | Email/Text: Bankruptcy.Consumer@dish.com | Aug 26 2025 19:26:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 5464408 | | Email/Text: rrush@familychoicefinancial.com | Aug 26 2025 19:26:00 | Family Choice Financial, Inc., 3208 Service Dr, Ste E, Pearl, MS 39208 |
| 5464409 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 26 2025 19:26:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5464411 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 26 2025 19:26:00 | GM Financial, PO Box 181145, Arlington, TX |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: ntcabuse | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76096-1145 |
| 5464410 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 26 2025 19:27:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5489614 | + | Email/Text: bankruptcy@towerloan.com | Aug 26 2025 19:26:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5464413 | + | Email/Text: ebone.woods@usdoj.gov | Aug 26 2025 19:26:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5480345 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 26 2025 19:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5467903 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2025 19:37:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5464414 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 26 2025 19:26:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5464415 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 26 2025 19:26:00 | Mississippi Department of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5490293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2025 19:35:53 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5488239 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2025 19:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5477306 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2025 19:26:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5473744 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2025 19:26:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5489386 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2025 19:35:55 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5464417 | | Email/Text: sarahg.rajumd@gmail.com | Aug 26 2025 19:26:00 | The Rane Center, 971 Lakeland Drive, Jackson, MS 39216 |
| 5464416 | + | Email/Text: bankruptcy@sccompanies.com | Aug 26 2025 19:27:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5472613 | + | Email/Text: bankruptcy@sccompanies.com | Aug 26 2025 19:27:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5464418 | | Email/Text: bankruptcy@towerloan.com | Aug 26 2025 19:26:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5464419 | | ^ MEBN | Aug 26 2025 19:23:30 | Toyota Financial, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 5464420 | | ^ MEBN | Aug 26 2025 19:23:15 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5489387 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Aug 26, 2025 | Form ID: ntcabuse | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor David Ambrose Ware trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Case No.: 25−00149−JAW
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)

David Ambrose Ware
PO Box 479
Brandon, MS 39042

Social Security / Individual Taxpayer ID No.:
xxx−xx−5713

Employer Tax ID No. / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B). Filed by U.S. Trustee United States Trustee. (Marbury, Abigail)

Dated: 8/26/25

Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601−608−4600