United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00149-JAW
David Ambrose Ware  Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 2
Date Rcvd: Oct 22, 2025  Form ID: dn008  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Ambrose Ware, PO Box 479, Brandon, MS 39043-0479 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor David Ambrose Ware trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Oct 22, 2025 Form ID: dn008 Total Noticed: 1
TOTAL: 5

25-00149-JAW Dkt 61 Filed 10/24/25 Entered 10/24/25 23:36:17 Page 2 of 3

Form dn008finmgtcert (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00149−JAW
**Chapter:** 7

**In re:**

David Ambrose Ware
PO Box 479
Brandon, MS 39042

**To: Debtor and his attorney**, if any:

### Notice of Deficiency

In this case, The Debtor has not filed a certificate of completion of a personal financial management course as required by Bankruptcy Rule 1007(b)(7). The Debtor or personal financial management course provider must file the certificate on or before **November 5, 2025**.

Failure to file the certificate by the above date may result in the case being closed without the entry of a discharge and further notice from the court.*

Dated: October 22, 2025         Danny L. Miller, Clerk of Court
                                Thad Cochran U.S. Courthouse
                                501 E. Court Street
                                Suite 2.300
                                Jackson, MS 39201
                                601−608−4600

*If the case is closed and the Debtor still seeks a discharge, the Debtor must file a motion and notice to reopen the case to file the Debtor's certificate of completion of a personal financial management course and pay the required filing fee.*